**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09-CR-2513-MMA |
| Plaintiff, | ) ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT** |
| v. | ) ) | |
| MAYRA GISSEL GARCIA-LOPEZ, | ) ) | |
| Defendant. | ) ) | [Doc. No. 7] |
| | ) ) | |

Upon motion of the United States of America, good cause appearing, the Court hereby **DISMISSES** the Indictment in the above entitled case without prejudice, and **RECALLS** the Arrest Warrant.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: September 30, 2014

_____
HON. MICHAEL M. ANELLO
United States District Judge